JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMOKERS CAVE, INC. (d/b/a/ SMOKERS CAVE); KASSIER MAKHLOOF; and SALIM BITTAR, <br><br> Defendants. | Case No. CV 22-7445-DMG (MRWx) <br><br> **JUDGMENT** |

The Court having granted Plaintiff GS Holistic's Motion for Default Judgment [Doc. # 26] by order dated May 12, 2023,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Smokers Cave, Inc. (d/b/a "Smokers Cave"), Kassier Makhloof, and Salim Bittar, who are joint and severally liable for the following amount: $150,000 in statutory damages, and $1,097 in costs.

Defendants, their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with them are hereby **PERMANENTLY RESTRAINED** and **ENJOINED** from directly or indirectly engaging in, or authorizing or assisting any third party to

engage in, any further infringement of the Stündenglass marks, including but not limited to:

    a. Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass product identified in the complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof;

    b. Pursuant to 15 U.S.C. § 1118, Defendants, at their cost, must deliver to the Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass Marks.

    c. The court retains jurisdiction over any matter pertaining to this judgment.

DATED: May 12, 2023

                                                             DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE