UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | **CV 22-7445-DMG (MBKx)** | Date | March 20, 2026 |
|---|---|---|---|

| Title | *GS Holistic, LLC v. Smokers Cave Inc et al* | Page | **1 of 1** |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Absent a showing of good cause, a cross-claim must be dismissed without prejudice if the summons and cross-claim are not served on a cross-defendant within 90 days after the cross-claim is filed. *See* Fed. R. Civ. P. 4(m). Generally, a cross-defendant must answer the complaint within 21 days after service (60 days if the cross-defendant is the United States).

In the present case, it appears that these time periods have not been met. Accordingly, the Court, on its own motion, orders cross-claimant(s) to show cause in writing on or before **April 2, 2026** why the cross-claim should not be dismissed as to cross-defendant Gaith Slika for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response on or before the date upon which a response by cross-claimant(s) is due. The cross-claim will be dismissed as to cross-defendant **Gaith Slika** if a written response demonstrating good cause is not filed by the date indicated above.

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|